United States District Court
Southern District of Texas
FILED

JUL 0 2 2015

FILED IN CLERK'S OFFICE
U.S.D.C. Rome

PS 8
(Rev. 12/00)

**Clerk of Court**
UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

DEC 21 2006

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

U.S.A. vs. Sammeer Shukri

Docket No. 4:05-CR-15-01-HLM

m-15-1071-M

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Walter R. Cochran, PROBATION OFFICER, presenting an official report upon the conduct of defendant Sammeer Shukri, who was placed under pretrial release supervision for the offense of Distribution of Methamphetamine, 21 U.S.C. §841, by the Honorable Walter E. Johnson sitting in the Court at Rome, on April 14, 2005, under the following conditions:

The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.

The defendant shall immediately advise the court, defense counsel and the U.S. Attorney in writing before any change of address and telephone number.

The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed.

Refrain from excessive use of alcohol.

Avoid all contact, directly or indirectly, with any persons who are or who may become a victim or potential witness in the subject investigation or prosecution, including but not limited to: victims, witnesses and/or co-defendants.

Execute a bond or an agreement to forfeit upon failing to appear as required the following sum of money or designated property: $25,000.00 property bond.

Refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

Maintain or actively seek employment.

Refrain from possessing a firearm, destructive device, or other dangerous weapon. Report as soon as possible, to the pretrial services office or supervising officer any contact with any law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop.

Obtain no passport.

Refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibit substance testing or electronic monitoring which is (are) required as a condition(s) of release.

Report to the Pretrial Services Officer as directed.

Participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed advisable by the pretrial services office or supervising officer.

Surrender any passport to: Pretrial Services.

Submit to any method of testing required by the pretrial services office or the supervising officer for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.

Shall be supervised by the pretrial services office and follow the instructions of the supervising officer. Any proposed travel outside the Northern District of Georgia shall be approved before leaving the district.

On October 6, 2006, the Honorable Harold L. Murphy, United States District Court Judge, ordered that the defendant shall surrender for service of his sentence at the institution designated by the Bureau of Prisons as notified by the United States Marshal. The U.S. Marshal subsequently instructed defendant to surrender to the Federal Prison Camp in Atlanta, Georgia, on November 17, 2006.

Respectfully presenting petition for action of Court and for cause as follows:
(if short insert here; if lengthy write on separate sheet and attach)

In that the defendant failed to surrender to the United States Bureau of Prisons on November 17, 2006, as directed, and defendant has absconded from Pretrial Services Supervision, and further defendant's whereabouts are unknown.

PRAYING THAT THE COURT WILL ORDER That a warrant be issued for the arrest of defendant and that defendant be brought before the court to answer charges that he failed to abide by the court order directing that he surrender to the U.S. Marshal or designated institution on November, 17, 2006.

**ORDER OF COURT**

Considered and ordered this _____ day of _____, 2006 and ordered filed and made a part of the records in the above case.

_____
Honorable Harold L. Murphy
U. S. District Court Judge

I declare under penalty of perjury that the forgoing is true and correct.

Respectfully,

_____
Walter R. Cochran
U. S. Probation Officer

Place: Rome, Georgia

Date: December 19, 2006

_____
Richard C. Flanigen
Supervising U. S. Probation Officer